**No. 67121.**—Daiichi Bussan Kaisha, Ltd., et al. *v.* United States, protests 308270-K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon scarves similar in use to silk scarves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.